UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:11-CR-94(01)RM |
| ) | |
| RAUL ROSAS-BERNAL ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 16, 2011 [Doc. No. 9]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Raul Rosas-Bernal's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 8 U.S.C. § 1326(a).

SO ORDERED.

ENTERED:  September 12, 2011 

/s/ Robert L. Miller, Jr.
Judge
United States District Court